PROB 35
(Rev. 6/17)

Report and Order Terminating Probation
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

Daryle McCormick

Crim. No. 4:15CR00142-1

On December 21, 2015, Daryle McCormick was placed on probation for a period of three years. McCormick has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Erica Campbell
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Daryle McCormick is discharged from supervision and that the proceedings in the case be terminated.

Dated this 5th day of FEB., 2018.

William T. Moore, Jr.
Judge, U.S. District Court

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

2 15 2018

Deputy Clerk